|          |                                                                 |
|----------|-----------------------------------------------------------------|
| To:      | The Honorable Max O. Cogburn, Jr.<br>U.S. District Court Judge  |
| From:    | Valerie G. Debnam<br>U.S. Probation Officer                     |
| Subject: | **Carl Holbrooks**<br>Case Number: 0419 3:13CR00036-001<br>**OUT-OF-COUNTRY TRAVEL** |
| Date:    | 9/29/2017                                                       |

FILED
CHARLOTTE, NC

OCT 2 2017

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC



**NORTH CAROLINA WESTERN**
**MEMORANDUM**

---

Mr. Holbrooks appeared before Your Honor on November 6, 2014 on the offense of False Statement on a Loan Application, Aiding and Abetting Same and Income Tax Evasion. Mr. Holbrooks was sentenced to 12 months and one day imprisonment followed by a five year term of supervised release. His supervised release term begin on October 29, 2015 in the District of South Carolina, where he is currently being supervised.

According to his Supervising Officer from the District of South Carolina, Mr. Holbrooks has submitted a request to travel to Nanny Cay Marina Marinemax Vacation property, South Side of Tortola, Nanny Cay, Road Town VG1110, British Islands. The Purpose of this trip is work related.

Mr. Holbrooks will leave on October 15, 2017, and return on October 20, 2017. According to his Supervising Officer, Mr. Holbrooks has maintained a stable residence and employment since he has been under supervision. There have been no known incidents or noncompliance.

It is recommended that Mr. Holbrooks be allowed to travel to the British Islands, as long as he remains in compliance with the terms and conditions of supervision.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at (704) 350-6656.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: September 29, 2017

*Max O. Cogburn Jr*
Max O. Cogburn Jr
United States District Judge