|        |                                              |
|--------|----------------------------------------------|
| To:    | The Honorable Max O. Cogburn, Jr.<br>U.S. District Court Judge |
| From:  | Valerie G. Debnam<br>U.S. Probation Officer  |
| Subject: | Carl Holbrooks<br>Case Number: 0419 3:13CR00036-001<br>**OUT-OF-COUNTRY TRAVEL** |
| Date:  | 8/10/2018                                    |



FILED
CHARLOTTE, NC

AUG 14 2018

US District Court
Western District of NC

**NORTH CAROLINA WESTERN MEMORANDUM**

---

The above-named defendant was sentenced by Your Honor on November 6, 2014, for False Statements on a Loan Application and Aiding and Abetting Same and Income Tax Evasion. He was sentenced to twelve (12) months and a day inmpriosnment, followed by a five (5) year term of supervised release. Mr. Holbrooks began his term of supervised release on October 29, 2015, and has been supervised in the District of South Carolina since that time.

His supervising officer reported that he remains in compliance with all conditions. He has requested permission for international travel, for work purposes, to Nanny Cay Marina Marinemax Vacation Property, South Side of Tortola, Nanny Cay, Road Town VG1110, British Virgin Islands.

He will leave on October 15, 2018, through October 19, 2018. Mr. Holbrooks is employed as a manager with Hall Marine/Marinemax, 310 Blucher Circle, Lake Wylie, South Carolina.

It is recommended that Mr. Holbrooks be allowed to travel to the British Virgin Islands, as long as he remains in compliance with the terms and conditions of supervision.

Thank you for your attention in this matter, and should Your Honor have any questions, please contact my office at 704-350-6656.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: August 10, 2018

Max O. Cogburn Jr
United States District Judge