|           |                                           |
|-----------|-------------------------------------------|
| **To:**   | The Honorable Max O. Cogburn, Jr.         |
|           | U.S. District Court Judge                 |
| **From:** | Valerie Debnam                            |
|           | U.S. Probation Officer                    |
| **Subject:** | **Carl Holbrooks**                     |
|           | Case Number: 3:13CR00036-001              |
|           | **OUT-OF-COUNTRY TRAVEL**                 |
| **Date:** | 7/29/2019                                 |



NORTH CAROLINA WESTERN
MEMORANDUM

Mr. Holbrooks appeared before Your Honor on November 6, 2014 on the offense of False Statement on a Loan Application, Aiding (count 1) and Abetting Same and Income Tax Evasion (count 2). Mr. Holbrooks was sentence to twelve months and one day imprisonment followed by a five-year term of supervised release. His supervised release term began on October 29, 2015 in the District of South Carolina, where he is currently being supervised.

According to his Supervising Officer from the District of South Carolina, Mr. Holbrook has submitted a request to travel to Nassau, Bahamas, for work purposes, leaving on August 14, 2019, and returning August 18, 2019, for a Yamaha Dealer Meeting. He will be staying at the Grand Hyatt Baha Mar, One Baha Mar Boulevard, PO Box SP-64254, Nassau, The Bahamas.

According to his Supervising Officer Mr. Holbrooks has maintained a stable residence and employment since he has been under supervision. There have been no known incidents or noncompliance.

It is recommended that Mr. Holbrooks be allowed to travel to Nassau, as long as he remains in compliance with the terms and conditions of supervision.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-6656, should you have any questions.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: July 29, 2019

*Max O. Cogburn Jr*
United States District Judge